**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTINA M. JOHNSON, | |
|    Plaintiff, | Case No. 1:17-cv-01870 |
| v. | Honorable Harry D. Leinenweber |
| JPMORGAN CHASE BANK, N.A., | Honorable Susan E. Cox<br>Magistrate Judge |
|    Defendant. | |

### NOTICE OF SETTLEMENT

    Plaintiff, CHRISTINA M. JOHNSON, hereby notifies the Court that Plaintiff and Defendant, JPMORGAN CHASE BANK, N.A., have reached settlement as to all claim(s), and are in process of completing the settlement agreement and filing the notice of voluntary dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

April 19, 2017

Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Christina M. Johnson*