# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA M. JOHNSON, | |
| Plaintiff, | Case No. 1:17-cv-01870 |
| v. | Honorable Harry D. Leinenweber |
| JPMORGAN CHASE BANK, N.A., | Honorable Susan E. Cox<br>Magistrate Judge |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, CHRISTINA M. JOHNSON, hereby gives notice that said claims be voluntarily dismissed, with prejudice against Defendant, JPMORGAN CHASE BANK, N.A..

Dated: May 15, 2017

Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Christina M. Johnson*

1